IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

THOMAS G. PEDERSEN,

                        Plaintiff,

    v.                                     OPINION and ORDER

FRANK BISIGNANO,                             26-cv-68-amb
Commissioner of Social Security,

                        Defendant.

_____

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, Dkt. 13, this court now enters a judgment under 42 U.S.C. § 405(g) reversing the Commissioner's decision and remands the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand, the Appeals Council will remand the matter to an Administrative Law Judge with instructions to proceed through the sequential disability evaluation process as appropriate and issue a new decision.

Entered July 29, 2026.

                                 BY THE COURT:

                                 /s/

                               _____

                               ANITA MARIE BOOR
                               Magistrate Judge